UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

| | |
|---|---|
| Ann Crowley, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Eric Gaynor and | ) |
| Lewis Tree Service, Inc., | ) |
|     Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### Parties

1.     The Plaintiff, Ann Crowley, is an individual residing at 204 Moncrief Road, in Rockland, Plymouth County, Massachusetts.

2.     The Defendant, Eric Gaynor, is an employee of Defendant, Lewis Tree Service, Inc. and resides at 967 W. Shore Road in Warwick, Rhode Island.

3.     The Defendant, Lewis Tree Service, Inc., is a foreign corporation with its principal address at 300 Locus Gordon Drive, W. Henrietta, New York and Registered Agent as CT Corporation System, 155 Federal Street, Suite 700, Boston, Suffolk County, Massachusetts.

### Jurisdiction and Venue

4.     The District Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 since there is diversity of citizenship, between the Plaintiff and each of the Defendants and the amount in controversy exceeds $75,000.00.  Venue is proper in the District Court pursuant to 28 U.S.C. §1391 (a)(2).

**Facts**

5. On or about July 21, 2008, Plaintiff was a patron of Luke's Liquors located in the Rockland Plaza at 165 Market Street, Rockland, Plymouth County, Massachusetts, when she was struck by a truck owned by Defendant, Lewis Tree Service, Inc. and operated by Defendant, Eric Gaynor. The Defendant driver was illegally parked in the marked fire lane in front of the store. When the Plaintiff exited the store and began walking in front of the Defendant's truck, which was blocking the walkway, the Defendant driver moved forward and struck the Plaintiff, crushing her leg under the wheel of the truck. The entire incident was captured on store surveillance tapes. The Plaintiff sustained severe and permanent bodily injuries, scarring, disfigurement, and emotional distress as a result of this accident.

**Count I**
**(Negligence against Defendant Eric Gaynor)**

6. The Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 5 and incorporates said allegations herein by reference.

7. The Defendant, Eric Gaynor, while in the course and scope of his employment, negligently and carelessly operated a truck owned and maintained by the Defendant, Lewis Tree Service, Inc. and violently struck the Plaintiff.

8. As a direct and proximate result of the Defendant, Eric Gaynor's negligent and careless operation, the Plaintiff was caused to sustain severe and permanent physical, emotional and psychological injuries, permanent scarring and disfigurement, which required immediate hospitalization, extensive medical treatment, nursing care, and rehabilitative services.

9. As a direct and proximate result of the Plaintiff's injuries, she has incurred extensive costly hospital, medical, nursing, and rehabilitative expenses and continues to incur such expenses, has been unable to conduct her normal activities of daily life, has suffered great pain

and suffering of mind and body, has sustained horrific scarring and disfigurement and she will continue to suffer from such pain and suffering in the future and she has incurred significant economic loss and damages.

10. All of such damages are a direct and proximate result of the negligence and carelessness of the Defendant, Eric Gaynor.

WHEREFORE, the Plaintiff hereby respectfully demands judgment against the Defendant, Eric Gaynor, together with interest and costs.

### Count II
**(Negligence and Vicarious Liability against the Defendant Lewis Tree Service, Inc.)**

11. The Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 10 and incorporates said allegations herein by reference.

12. At all times pertinent hereto, the Defendant, Eric Gaynor, was operating the aforesaid truck with the express or implied consent of the owner, Defendant, Lewis Tree Service, Inc. At the time of the incident, the Defendant, Eric Gaynor, was engaged in the course of his employment and/or in furtherance of his employer's interests.

13. The Defendant, Lewis Tree Service, Inc., as registered owner of the tractor-trailer, operated by the Defendant, Eric Gaynor, is legally responsible for the negligent, careless and reckless actions of Defendant, Eric Gaynor pursuant to M.G.L. c. 231, §85A.

14. At all times pertinent hereto, the Defendant, Eric Gaynor, was operating the aforesaid truck in the scope of his employment for the Defendant, Lewis Tree Service, Inc. and therefore, the Defendant, Lewis Tree Service, Inc., is vicariously liable for its employee's negligence.

15. As a direct and proximate result of the negligent, careless and reckless actions of the Defendant, Eric Gaynor, for whom the Defendant, Lewis Tree Services, Inc., is legally responsible, Plaintiff incurred extensive costly hospital, medical, nursing, and rehabilitative expenses and continues to incur such expenses, has been unable to conduct her normal activities of daily life, has suffered

great pain and suffering of mind and body, has sustained horrific scarring and disfigurement and she will continue to suffer from such pain and suffering in the future and she has incurred significant economic loss and damages.

WHEREFORE, the Plaintiff hereby respectfully demands judgment against the Defendant, Lewis Tree Service, Inc., together with interest and costs.

**PLAINTIFF CLAIMS TRIAL BY JURY ON ALL COUNTS.**

Respctfully submitted,
The Plaintiff,
By Her Attorneys,

/S/ David P. Angueira
James A. Swartz, Esq., BBO #556920
David P. Angueira, Esq. BBO #01961
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
(617) 742-1900